IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   Case No. RDB-22-290 |
| | * |
| LAWRENCE WALKER, | * |
| | * |
| Defendant. | * |
| | * |

*******

## MOTION TO STRIKE APPEARANCE

Please strike the appearance of Abigail Ticse, Assistant United States Attorney for the District of Maryland, as counsel on behalf of the United States.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____/s/_____
Abigail Ticse
Assistant United States Attorney
36 South Charles St., 4th Floor
Baltimore, Maryland 21201
Tel.: (410) 209-4800